

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00339-CV

| | | |
|---|---|---|
| K. Hovnanian Homes - DFW, LLC | § | From the 211th District Court |
| | § | of Denton County (14-00737-211) |
| v. | § | June 9, 2016 |
| The Powdermaker First Family Limited Partnership | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings on K. Hovnanian Homes – DFW, LLC's counterclaim for attorney's fees. K. Hovnanian Homes – DFW, LLC's surety is discharged from its liability on the supersedeas bond filed in the trial court on September 1, 2015.

It is further ordered that appellee The Powdermaker First Family Limited Partnership shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel